```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY


RICHARD MARCUS                      :
Individually and on Behalf of       :
All Others Similarly Situated       :   Civil Action No. 15-4712(FLW)
                                    :
            Plaintiff,              :
                                    :
VS.                                 :
                                    :
AESTHETIC DSIGN DENTAL LAB          :       ORDER DISMISSING CASE
                                    :       PURSUANT TO LOCAL
            Defendant,              :       CIVIL RULE 41.1(a)
                                    :
_____:
```

It appearing to the Court that the above case has been pending for more than 120 days without any proceeding having been taken therein, and no objection having been entered;

It is on this 22ND day of December, 2015,

ORDERED that the above case be and the same hereby is dismissed in accordance with Local Civil Rule 41.1(a) ,without prejudice and without cost to either party.


                                        s/Freda L. Wolfson
                                        FREDA L. WOLFSON
                                        United States District Judge